IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VIRGINIA KRAPF,<br><br>           Plaintiff,<br><br>     v.<br><br>VIRTUOX, INC.<br><br>           Defendant. | Case No. C 13-0856 SC<br><br>ORDER GRANTING MOTION TO <u>CONSOLIDATE CASES</u> |

On December 20, 2013, Defendant VirtuOx Inc. moved to consolidate the above-captioned case with the case <u>VirtuOx, Inc. v. Krapf</u>, Case No. C-13-05475 DMR, which was recently transferred to the Northern District of California.  ECF No. 42 ("Mot."). Plaintiff Virginia Krapf filed a statement of non-opposition on the same day.  ECF No. 43.

///
///
///
///

1    Having read the papers and found the matter appropriate for
2 resolution without oral argument, Civ. L.R. 7-1(b), and for good
3 cause shown, the Court GRANTS the motion. <u>VirtuOx, Inc. v. Krapf</u>,
4 Case No. C-13-05475 DMR, is consolidated with this action.

7    IT IS SO ORDERED.

9    Dated: January 30, 2014    
10                                UNITED STATES DISTRICT JUDGE